UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RIDVAN CADIROGLU, | |
|---|---|
| Plaintiff, | Case No. 25-cv-08969-WHO |
| v. | **ORDER OF DISMISSAL** |
| PAM BONDI, et al., | Re: Dkt. No. 10 |
| Defendants. | |

Pursuant to notice of voluntary dismissal, Dkt. No. 10, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: January 12, 2026

_____
WILLIAM H. ORRICK
United States District Judge